UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                               Crim. No. 06-098 (PAM)

                       Plaintiff,

v.                                                                            **ORDER**

Long Her,

                       Defendant.

This matter is before the Court on Defendant's Request for Permission to Travel. The Motion is granted. Defendant may travel overseas, including China and Thailand, during the time period of July 21 through August 20, 2006. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Request for Permission to Travel Overseas (no Docket No.) is **GRANTED**.

Dated: July 21, 2006

                                                           s/ Paul A. Magnuson
                                                           Paul A. Magnuson
                                                           United States District Court Judge