UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 06-98 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Long Her, | |
| Defendant. | |

This matter is before the Court on Defendant Long Her's Motion for Modification of Sentence.  In September 2006, the Court sentenced Defendant to serve five months in the custody of the Bureau of Prisons with work release privileges and one year of supervised release, including 150 days of home detention with work release privileges.  Defendant now asks the Court to permit him to serve a portion of the electronic home monitoring sentence prior to serving the five months in custody.  He explains that he is unable to serve the custodial portion of his sentence until February 1, 2007, due to logistical problems with the Bureau of Prisons.  The Government does not object to the Motion.  Moreover, the Court finds Defendant's request reasonable.  Accordingly,  **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Modify Sentence (Docket No. 17) is **GRANTED**; and
2. Defendant shall begin serving the electronic home monitoring portion of his sentence as soon as possible.  He shall remain on electronic home monitoring until he is ordered to report to the Volunteers of America facility in Minneapolis, Minnesota, on or about February 1, 2007, or earlier if a space becomes available.  Upon completion of his five-month sentence at the

Volunteers of America, Defendant shall serve the remaining balance of his electronic home monitoring sentence.

Dated: November 14, 2006

                                              s/ Paul A. Magnuson
                                              Judge Paul A. Magnuson
                                              United States District Court Judge